Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK SHAPIRO, individually and on behalf of all others similarly situated,** <br><br> **Plaintiff,** <br><br> vs. <br><br> **T-MOBILE USA, INC.** <br><br> **Defendant.** | Case No. **2:16-cv-04698-RGK-MRW** <br><br> **JOINT STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties stipulate and agree that Plaintiff's claims shall be dismissed with prejudice and that this action shall be dismissed in its entirety. Each party shall bear their own costs and attorneys' fees.

Plaintiff has not moved for class certification, and no class has been certified. There are no putative class members before the Court. This is an individual settlement, and it shall not be construed to prejudice any individuals who may fall within the proposed class alleged in Plaintiff's Complaint.

//

//

1  Respectfully submitted this 16th Day of November, 2016,

2

3  By: *s/Todd M. Friedman, Esq.*
     TODD M. FRIEDMAN
4    **Attorney for Plaintiff Erik Shapiro**

5

6  By: *s/Kristine McAlister Brown, Esq.*
     KRISTINE MCALISTER BROWN
7    **Attorney for Defendant T-Mobile USA, Inc.**

1  Filed electronically on this 16th Day of November, 2016, with:

2
3  United States District Court CM/ECF system

4  Notification sent electronically via the Court's ECF system to:

5  Honorable R. Gary Klausner
6  United States District Court
   Central District of California
7

8  And all counsel registered on ECF.

9
10 This 16th Day of November, 2016.

11 s/Todd M. Friedman, Esq.
12 TODD M. FRIEDMAN